CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 13 2020

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| REBECCA W., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:19-cv-00028 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

It is hereby **ORDERED** that Defendant's unopposed Motion to Remand [ECF No. 18] is **GRANTED** and this case is **REMANDED** to the Commissioner, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council shall further evaluate Plaintiff's claim and/or direct an Administrative Law Judge to further evaluate Plaintiff's claim. This is a Final Order.

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 13th day of February, 2020.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| REBECCA W., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:19-cv-00028 |
| | ) | |
| v. | ) | **JUDGMENT ORDER** |
| | ) | |
| ANDREW SAUL, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Having separately ordered the remand of this action for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby **ORDERED** that Final Judgment of this court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The clerk is directed to forward a copy of this Order to all counsel of record, and to close this case.

**ENTERED** this _____ day of February, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE